# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00395-CV

**Gudrun A. Lombrano, Appellant**

**v.**

**Calvary SPV I, LLC, as Assignee of CitiBank, N.A., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
### NO. 25-0079-CCS, THE HONORABLE WILL WARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed: August 22, 2025